UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JEREMY X. RACHAL					CIVIL ACTION NO. 18-cv-0809

VERSUS						CHIEF JUDGE HICKS

UNNAMED DEFENDANT				MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Jeremy X. Rachal ("Plaintiff") is a self-represented pretrial detainee housed at the Caddo Correctional Center. His complaint asserts several claims about conditions or incidents at the jail. He has also filed a Motion to Show Cause for a Preliminary Injunction (Doc. 10) that complains about his access to the law library and his housing in segregated confinement.

The case is still under initial review to assess the lengthy complaint. The request for preliminary injunctive relief does not demonstrate that there is any immediate legal prejudice threatened by the lack of desired access to legal materials. Actual prejudice to a non-frivolous legal claim is required to show a denial of the right to access the court. Lewis v. Casey, 116 S.Ct. 2174 (1996). Pretrial detainees may be afforded access to the courts to defend criminal charges by affording them appointed counsel. They do not have a right to appointed counsel and a law library. This is true even if the inmate rejects or waives appointed counsel. Degrate v. Godwin, 84 F.3d 768 (5th Cir. 1996); Jackson v. Caddo Corr. Ctr., 67 F. App'x 253 (5th Cir. 2003). Accordingly, the **Motion to Show Cause**

**for a Preliminary Injunction (Doc. 10)** is **denied without prejudice**, and the requests for injunctive relief are referred to the merits, which will be taken up in due course.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 18th day of July, 2018.

Mark L. Hornsby
U.S. Magistrate Judge